IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA PALMER ORR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 7:18-cv-00088-LSC |
| NANCY BERRYHILL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

On October 24, 2018, the magistrate judge to whom this case was previously assigned filed his report and recommendation, recommending that the Commissioner of Social Security's decision be affirmed. (Doc. 15.) This action was then reassigned to the undersigned pursuant to the Court's General Order of Referral of Civil Matters to Magistrate Judges. (Doc. 16.) Plaintiff filed objections to the report and recommendation (doc. 17) and Defendant responded to those objections (doc. 18.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections thereto, and the response to those objections, the Court is of the opinion that the report is due

1

to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Accordingly, the decision of the Commissioner is due to be affirmed. A separate closing order will be entered.

**DONE** AND **ORDERED** ON NOVEMBER 16, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704